# IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
# DIVISION OF ST. CROIX

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| Plaintiff, ) | |
| ) | CRIMINAL NO. 2009-0003 |
| v. ) | |
| ) | |
| ISSAM SAID ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

## ORDER

FINCH, SENIOR JUDGE

THIS MATTER comes before the Court on Defendant Issam Said's Appeal of the Magistrate Judge's Order entered March 21, 2009 denying Defendant's Motion to Enforce Plea Agreement. Defendant has not filed a brief in support of his appeal. It is hereby

**ORDERED** that Defendant submit a brief in support of his appeal on or before April 7, 2009. It is further

**ORDERED** that the Government submit its response to Defendant's brief on or before April 10, 2009.

ENTERED this 3rd day of April, 2009.

_____/s/_____
**HONORABLE RAYMOND L. FINCH**
**SENIOR U.S. DISTRICT JUDGE**

1

2

.

2